UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TODD WADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:17-CV-105-FL |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for judgment on the pleadings, defendant's motion to remand and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 5, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion to remand is granted.

**This Judgment Filed and Entered on March 5, 2018, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruck, Jr. (via CM/ECF Notice of Electronic Filing)


March 5, 2018                                    PETER A. MOORE, JR. CLERK
                                                    /s/ Sandra K. Collins
                                                    (By) Sandra K. Collins, Deputy Clerk